FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 7:24:13 PM
CHRISTOPHER A. PRINE
Clerk

